**Prudential**

**Prudential Retirement**
500 Main Street, Dubuque IA 52001

A business of Prudential Financial, Inc.

May 29, 2020

US Bankruptcy Court
District of Idaho
801 East Sherman
Pocatello, ID 83201

    Prudential reference:
    THE AMALGAMATED SUGAR COMPANY
    LLC HOURLY 401(K) PLAN

Court reference: Zachary Curtis Paul
Case no.: 20-40336-JMM

Dear Sir or Madam:

We have received the enclosed Bankruptcy Notice. The referenced debtor is a participant in a retirement plan that we presume to be exempt from inclusion in the debtor's bankruptcy estate. In addition, the debtor has an outstanding loan from the plan. The plan is administered with the assistance of The Prudential Insurance Company of America, but Prudential is not the plan administrator or other fiduciary with discretion as to plan operations.

The debt is fully secured by the participant's account balance in the plan, and, it is our understanding, not dischargeable in bankruptcy proceedings. The plan would not expect to participate in partial payments to unsecured creditors under a court-approved plan of payment under Chapter 13 or to be affected by any discharge of debts or liquidation of assets under Chapter 7. Accordingly, we will not be filling out the Proof of Claim form. *However,* the court, any trustee in bankruptcy and the debtor should be aware that if the current debt repayment schedule is not met for *any* reason, the entire outstanding loan balance will be in default. If payments are not reinstated within the prescribed grace period, the defaulted loan amount will be reported to the IRS as a deemed distribution to the debtor/participant, taxable to the participant in the year of default in compliance with Internal Revenue Code §72(p). The amount of the defaulted loan will be offset against the plan account that secures it when the account becomes distributable to the debtor/participant.

Because the debtor is a participant in a plan that we presume to be exempt from inclusion in the debtor's bankruptcy estate, we do not anticipate any effects on the debtor's account from the bankruptcy proceedings. Therefore, we will not restrict debtor's access to the funds in accordance with plan rules.

If you have any questions, please contact me.

Sincerely,

Sarah Helle
Relationship Specialist

cc:    Zach Paul, Debtor
       Tyler Jeffrey Rands, Debtor's attorney
       Kirstin Sourapas, Sponsor
       Gary Rainsdon, Bankruptcy Trustee

The Prudential Insurance Company of America and Prudential Investment Management are Prudential Financial companies.

WED-21909 0976-8 309A 20-40336
Tyler Jeffrey Rands
1502 Locust St. N., Ste. 500B
Twin Falls, ID 83301

05/01/2001-4357-002.002

007607 7607 1 AB 0.416 18505 9 6 9051-1-8015
Prudential Retirement
P.O. Box 5012
Scranton, PA 18505-5012

## Electronic Bankruptcy Noticing

**Go Green!**
Sign up for electronic notices. FREE!
Receive notices 24 X 7 and days faster
than through US Mail.
Try our new Email Link service.

To find out how, visit:
**http://bankruptcynotices.uscourts.gov**

007607    21909007614029